### SOUTHERN RAILWAY COMPANY *v.* GRIFFIN.

EVANS, P. J. 1. A petition against a railway company to recover damages for personal injuries alleged to have been sustained because of a failure of the defendant to observe the blow-post law (Civil Code (1910), § 2675) is amendable by alleging that the defendant was also negligent in that its servants in charge of the train, well knowing that the crossing on which the plaintiff was injured was a public crossing, and that there was frequent traveling thereon, failed to keep a lookout, and also that the defendant's servants, with a knowledge of the plaintiff's perilous situation, failed to apply the brakes or check the speed of the train.

2. The evidence supports the verdict.

*Judgment affirmed. All the Justices concur.*
MAY 12, 1911.

Action for damages. Before Judge Kimsey. Hall superior court. January 18, 1910.

*C. R. Faulkner, Ed. Quillian,* and *John J. Strickland,* for plaintiff in error. *H. H. Perry, W. B. Sloan,* and *Johnson & Johnson,* contra.